**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern | District of | Arkansas
_____ | | _____
| | (State)

Case number *(if known)*  26-_____   Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Cliffside Lodge II Council of Co-Owners, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and doing business as names | Cliffside Lodge II Condominium |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 71-0561118 |

4. **Debtor's address**

| Principal Place of Business | | | Mailing address, if different from principal place of business | | |
|---|---|---|---|---|---|
| 125 | Chelsea Drive | | | | |
| Number | Street | | Number | Street | |
| | | | P.O. Box | | |
| Fairfield Bay | AR | 72088 | | | |
| City | State | ZIP Code | City | State | ZIP Code |
| Van Buren | | | **Location of principal assets, if different from principal place of business** | | |
| County | | | | | |
| | | | Number | Street | |
| | | | City | State | ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |

**6.**    **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify:

---

**7.**    **Describe debtor's business**

   **A. *Check one:***

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☑ None of the above

   **B. *Check all that apply:***

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   **C.**    NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5312

---

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ☑ Chapter 11. *Check all that apply:*

     ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

---

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No

   ☐ Yes.    District _____    When _____    Case Number _____

               MM / DD / YYYY

         District _____    When _____    Case Number _____

               MM / DD / YYYY

Debtor Clifton Lake 1 Council of Co-Owners, Inc. Case number (if known)
Name
Case 26-bk-10478 Doc#1 Filed: 02/11/26 Entered: 02/11/26 14:27:15 Page 3 of 45

**10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | | When |
| | | MM / DD / YYYY |
| Case number, if known | | |

**11.** Why is the case filed in this district?

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** Does the debtor own or have possession of any real or personal property that needs immediate attention?

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

| | | |
|---|---|---|
| Number | Street | |
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance Agent
Contact name
Phone

---

**Statistical and administrative information**

**13.** Debtor's estimation of available funds

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** Estimated number of creditors

☑ 1-49   ☐ 50-99   ☐ 100-199
☐ 200-999   ☐ 1,000-5,000   ☐ 5,001-10,000
☐ 10,001-25,000   ☐ 25,001-50,000   ☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

- [ ] $0 - $50,000
- [ ] $500,001 - $1,000,000
- [ ] $50,000,001 - $100,000,000
- [ ] $1,000,000,001 - $10,000,000,000

- [ ] $50,001 - $100,000
- [x] $1,000,001 - $10,000,000
- [ ] $100,000,001 - $500,000,000
- [ ] $10,000,000,001 - $50,000,000,000

- [ ] $100,001 - $500,000
- [ ] $10,000,001 - $50,000,000
- [ ] $500,000,001 - $1,000,000,000
- [ ] More than $50,000,000,000

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $500,001 - $1,000,000
- [ ] $50,000,001 - $100,000,000
- [ ] $1,000,000,001 - $10,000,000,000

- [x] $50,001 - $100,000
- [ ] $1,000,001 - $10,000,000
- [ ] $100,000,001 - $500,000,000
- [ ] $10,000,000,001 - $50,000,000,000

- [ ] $100,001 - $500,000
- [ ] $10,000,001 - $50,000,000
- [ ] $500,000,001 - $1,000,000,000
- [ ] More than $50,000,000,000

---

| | Request for Relief, Declaration, and Signatures |
|---|---|

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/11/2026
        MM / DD / YYYY

| /s/ Joey Alkire | Joey Alkire |
|---|---|
| Signature of authorized representative of debtor | Printed name |

Title    President

**18. Signature of attorney for debtor**

| /s/ Charles T. Coleman | Date 02/11/2026 |
|---|---|
| Signature of attorney for debtor | MM / DD / YYYY |

Charles T. Coleman
Printed name

Wright Lindsey Jennings
Firm name

| 200 | W Capitol Ave, Ste 2300 | |
|---|---|---|
| Number | Street | |
| Little Rock | AR | 72201-3699 |
| City | State | ZIP Code |
| (501) 371-0808 | ccoleman@wlj.com | |
| Contact phone | Email Address | |
| 80030 | AR | |
| Bar number | State | |

Debtor name: __Cliffside Lodge II Council of Co-Owners, Inc.__

United States Bankruptcy Court for the __EASTERN__ Division, District of __ARKANSAS__

Case number (If known): __26-__

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING - Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206 A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206 D)

☐ *Schedule E/F: Creditors Who Have Claims Unsecured Claims* (Official Form 206 E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206 G)

☐ *Schedule H: Codebtors* (Official Form 206 H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 02/11/2026 | Signature | /s/ Joey Alkire |
| --- | --- | --- | --- |
| | MM / DD / YYYY | | |
| | | Printed Name | Joey Alkire |
| | | Title | President |

**Fill in this information to identify the case:**

Debtor name: **Cliffside Lodge II Council of Co-Owners, Inc.**

United States Bankruptcy Court for the **EASTERN** Division, District of **ARKANSAS**

Case number (If known): **26-**

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Petit Jean Electric P.O. Box 37 Clinton, AR 72031 | | | | | | $3,762.51 |
| 2 | Community Water System 299 Lakeshore Dr Greers Ferry, AR 72067-9437 | | | | | | $1,058.66 |
| 3 | Arkansas Telephone Company P.O. Box 69 Clinton, AR 72031 | | | | | | $908.64 |
| 4 | MasterCorp 3505 N Main St P.O. Box 4027 Crossville, TN 38557 | | | | | | $235.15 |
| 5 | Cintas P.O. Box 88005 Chicago, IL 72088-3919 | | | | | | $134.75 |
| 6 | Eagle Pest Management P.O. Box 3943 1775 Porter St Batesville, AR 72503 | | | | | | $115.62 |
| 7 | Vacation Resort Management, Inc Fka Wyndham Vacation Management, Inc 501 W Church St Orlando, FL 32805 | | | Contingent Unliquidated | | | $0.00 |

United States Bankruptcy Court
**Eastern District of Arkansas**

In re   Cliffside Lodge II Council of Co-Owners, Inc.                Case No.  26-

                                     Debtor(s)                Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| See Schedule A attached | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   2/11/2026                    Signature:    /s/ Joey Alkire

                                                              Joey Alkire

                                                              President

*Penalty for making a false statement of concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## List of Equity Security Holders
### Schedule A

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| Cliffside Lodge II Council of Co-Owners, Inc. | 110 Village Ln, Ste 2A<br><br>Fairfield Bay, AR 72088 | 3.85% |
| PTVO Owners Association, Inc. | 10750 W Charleston Blvd, Ste 150<br><br>Las Vegas, NV 89135 | 57.45% |
| Wyndham Vacation Resorts, Inc. | 10750 W Charleston Blvd, Ste 150<br><br>Las Vegas, NV 89135 | 13.70% |

List of Equity Security Holders

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| KAREN SUE MOON | Address(es) On File | 0.2404% |
| MICHAEL MOORE<br>RHONDA MOORE | Address(es) On File | 0.2404% |
| . METZGER BALDWIN | Address(es) On File | 0.1603% |
| A WHINERY<br>ROYAL WHINERY<br>GLENDA WHINERY | Address(es) On File | 0.1603% |
| ALAN WARTES<br>SHARON WARTES | Address(es) On File | 0.1603% |
| ALBERT LYNCH | Address(es) On File | 0.1603% |
| CAROLYN PHIPPS | Address(es) On File | 0.1603% |
| CHRISTOPHER MILLS<br>DANIEL PATTERSON<br>JEFFREY MILES | Address(es) On File | 0.1603% |
| CONNIE VERHOEVEN | Address(es) On File | 0.1603% |
| DARRELL LATHAM<br>SHEILA LATHAM | Address(es) On File | 0.1603% |
| DERYL MARSELL ESTATE | Address(es) On File | 0.1603% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| DRAYTON SHEALY TRUSTEE<br>CHERYL SHEALY TRUSTEE | Address(es) On File | 0.1603% |
| EARL BRIGGS TRUSTEE<br>GLYNA BRIGGS TRUSTEE | Address(es) On File | 0.1603% |
| EDGAR GAINES<br>BARBARA GAINES | Address(es) On File | 0.1603% |
| ELEANOR HINGTGEN | Address(es) On File | 0.1603% |
| ERIC HYLER                          PAM AKERS<br>LINDA HYLER<br>BRENT AKERS | Address(es) On File | 0.1603% |
| GARY WILSON | Address(es) On File | 0.1603% |
| GLENN PAUL | Address(es) On File | 0.1603% |
| GS HEIL<br>MILDRED HEIL | Address(es) On File | 0.1603% |
| HARLEY HAROLD JUSTUS JR<br>LADINA GAY JUSTUS | Address(es) On File | 0.1603% |
| THEODORE THESSING<br>NANCY THESSING | Address(es) On File | 0.1603% |
| . WILLIAMS GUTHRIE<br>SANDRA GUTHRIE | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|---|
| A MORRISON<br>ELIZABETH MORRISON | | Address(es) On File | 0.0801% |
| ALAN HOECKELMAN<br>JOANNE HOECKELMAN | | Address(es) On File | 0.0801% |
| ALAN PANARES<br>KATHRYN PANARES | | Address(es) On File | 0.0801% |
| ALBERT PITZER<br>JEAN PITZER | | Address(es) On File | 0.0801% |
| ALLEN GROSS<br>DONNA GROSS | | Address(es) On File | 0.0801% |
| ANDREW SIPPEL<br>BRENDA SIPPEL | | Address(es) On File | 0.0801% |
| ANITA CHAPMAN | | Address(es) On File | 0.0801% |
| ARMIN DAUBERT<br>VIRGINIA DAUBERT<br>R GREGORY ANDERSON | PAMELA ANDERSON | Address(es) On File | 0.0801% |
| ARTHUR KING<br>KARLAS RENA MARION | | Address(es) On File | 0.0801% |
| BARBARA EITEL<br>JIM EITEL | | Address(es) On File | 0.0801% |
| BARBARA JORGENSEN TRUSTEE | | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| BARNEY BURROW<br>ANGELA BURROW | Address(es) On File | 0.0801% |
| BENJAMIN SUREN<br>LAVENIA MCCREADY | Address(es) On File | 0.0801% |
| BETH VICKSTROM | Address(es) On File | 0.0801% |
| BLANCHARD REEL<br>CAROL REEL | Address(es) On File | 0.0801% |
| BOBBY WALLIS<br>MARTHA WALLIS | Address(es) On File | 0.0801% |
| BRENT BOYACK<br>MARCIA BOYACK | Address(es) On File | 0.0801% |
| BRIAN MOONEY | Address(es) On File | 0.0801% |
| CANDACE THUFTEDAL<br>ALLEGRA PETERSON | Address(es) On File | 0.0801% |
| CARL HOLMES<br>CAROL HOLMES | Address(es) On File | 0.0801% |
| CAROL B CLARK | Address(es) On File | 0.0801% |
| CAROL B CLARK | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| CAROL KEATHLEY<br>JENNINE KLASING | Address(es) On File | 0.0801% |
| CAROLYN SLAUGHTER ESTATE<br>CATHY LYNN SLAUGHTER EXECUTOR | Address(es) On File | 0.0801% |
| CATHY POSEY<br>CARL POSEY | Address(es) On File | 0.0801% |
| CHARLES DAMIAN GLASER<br>CHANTELLE LEONA GLASER | Address(es) On File | 0.0801% |
| CHARLES EDWIN GENTRY | Address(es) On File | 0.0801% |
| CHARLES MOODY<br>MARTHA MOODY | Address(es) On File | 0.0801% |
| CHARLES RAYMOND BLACKETER<br>SUSAN BLACKETER | Address(es) On File | 0.0801% |
| CHARLES TIPTON<br>KAY TIPTON | Address(es) On File | 0.0801% |
| CHARLES WILKINS<br>ANNA WILKINS | Address(es) On File | 0.0801% |
| CHRISTA TAYLOR<br>MORRIS TAYLOR | Address(es) On File | 0.0801% |
| CHRISTIAN ITIN | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| CHRISTOPHER CAHILL | Address(es) On File | 0.0801% |
| CORA MORRIS EXECUTOR HOSIE CLEMONS ESTATE | Address(es) On File | 0.0801% |
| COREY STEVENS CUTHRELL JONATHAN GLENN CUTHRELL | Address(es) On File | 0.0801% |
| CORNEL STEVEN BLAND SYLVIA VIOLA BLAND | Address(es) On File | 0.0801% |
| CORP LEARNING STRATEGIES DAVID HEITE CEO PETE BISSONETTE CEO | Address(es) On File | 0.0801% |
| CRAIG CASKEY KATHY CASKEY | Address(es) On File | 0.0801% |
| CRAIG COSS EILEEN COSS | Address(es) On File | 0.0801% |
| CULLEN DAUCHY | Address(es) On File | 0.0801% |
| CURTIS PARKS MARTHA PARKS | Address(es) On File | 0.0801% |
| CYNTHIA LOFFER | Address(es) On File | 0.0801% |
| CYRUS QUICK DIANA QUICK | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| CYRUS QUICK<br>DIANA QUICK | Address(es) On File | 0.0801% |
| D V WILLETT JR ESTATE<br>DENNIS WILLETT III EXECUTOR | Address(es) On File | 0.0801% |
| DANA CLARK MCGRADY<br>ADAM MCGRADY | Address(es) On File | 0.0801% |
| DARLENE OLIVER<br>JOHN OLIVER | Address(es) On File | 0.0801% |
| DARRELL JESSEN | Address(es) On File | 0.0801% |
| DAVID GROSS<br>ROBYN GROSS | Address(es) On File | 0.0801% |
| DAVID KOHLMANN | Address(es) On File | 0.0801% |
| DAVID LEETCH<br>VICKI LEETCH | Address(es) On File | 0.0801% |
| DAVID LINEBERGER<br>STEPHANIE LINEBERGER | Address(es) On File | 0.0801% |
| DAVID MAIER<br>MARTY MAIER | Address(es) On File | 0.0801% |
| DAVID MAIER<br>MARTY MAIER | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| DAVID ZIECH | Address(es) On File | 0.0801% |
| DENNIS SCHNEIDER<br>KATHY SCHNEIDER | Address(es) On File | 0.0801% |
| DENNIS THOMPSON ESTATE<br>TERESA THOMPSON<br>LORNA ANN THOMPSON EXECUTOR | Address(es) On File | 0.0801% |
| DIANNA THYE<br>JERRY WALKER | Address(es) On File | 0.0801% |
| DONALD POORE<br>PATRICIA POORE | Address(es) On File | 0.0801% |
| DONNA LITTLE<br>RUSSELL LITTLE | Address(es) On File | 0.0801% |
| DOUG BROWER | Address(es) On File | 0.0801% |
| DUSTIN LOFDAHL<br>LAURIE LOFDAHL | Address(es) On File | 0.0801% |
| DWIGHT HENRY<br>DIANA HENRY | Address(es) On File | 0.0801% |
| EARL LORENZ | Address(es) On File | 0.0801% |
| EDDIE MURPHY<br>CYNTHIA MURPHY | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| EDDIE SQUIRES<br>LOU NEW | Address(es) On File | 0.0801% |
| EDWARD M ERNST | Address(es) On File | 0.0801% |
| EDWARD MARTIN<br>CONSUELO MARTIN | Address(es) On File | 0.0801% |
| EDWIN BRITT<br>MEMORY BRITT | Address(es) On File | 0.0801% |
| ELIZABETH BALLEW | Address(es) On File | 0.0801% |
| ERIC AHLGREN | Address(es) On File | 0.0801% |
| ERIC BURDETTE<br>KERIN BURDETTE | Address(es) On File | 0.0801% |
| ERIC COLEMAN<br>STEPHANIE COLEMAN | Address(es) On File | 0.0801% |
| ERIN JAFFE<br>JOSH JAFFE | Address(es) On File | 0.0801% |
| EVELYN MCGUIRE | Address(es) On File | 0.0801% |
| FATHYEH YESSIN | Address(es) On File | 0.0801% |

**List of Equity Security Holders**
**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| FINLEY YOAKUM<br>JANCY YOAKUM | Address(es) On File | 0.0801% |
| FLOYD HORTON<br>MARILYN HORTON | Address(es) On File | 0.0801% |
| FRANK M LAWRENCE | Address(es) On File | 0.0801% |
| FREDERICK KOSTECKI TRUSTEE<br>ADRIENNE KOSTECKI TRUSTEE | Address(es) On File | 0.0801% |
| FREEMAN HIGGASON ESTATE | Address(es) On File | 0.0801% |
| GARY GILBERT<br>NANCY GILBERT | Address(es) On File | 0.0801% |
| GARY LEE BULLOCH | Address(es) On File | 0.0801% |
| GARY MORTON | Address(es) On File | 0.0801% |
| GARY SHEPARD<br>RHONDA SHEPARD | Address(es) On File | 0.0801% |
| GARY WILLIAMS<br>MELINDA WILLIAMS | Address(es) On File | 0.0801% |
| GENEVA BORDELON | Address(es) On File | 0.0801% |

**List of Equity Security Holders**
**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| GEORGE ALLEN FULLER TRUSTEE<br>MELINDA KAY FULLER TRUSTEE | Address(es) On File | 0.0801% |
| GEORGE BROWN | Address(es) On File | 0.0801% |
| GEORGE HERNANDEZ | Address(es) On File | 0.0801% |
| GEORGE HERNANDEZ | Address(es) On File | 0.0801% |
| GERALD CEASAR<br>JANET CEASAR | Address(es) On File | 0.0801% |
| GERALD LAMB | Address(es) On File | 0.0801% |
| GERALD LAMB | Address(es) On File | 0.0801% |
| GWENDOL BOYD<br>DARLA MCCRELESS | Address(es) On File | 0.0801% |
| HAROLD LEE<br>VICKIE LEE | Address(es) On File | 0.0801% |
| HARRY FIDOE<br>ELLEN FIDOE | Address(es) On File | 0.0801% |
| HENRY RENNICK<br>TRICIA RENNICK | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| J0HN CRAWFORD<br>CAROL CRAWFORD | Address(es) On File | 0.0801% |
| JAMES ALBERT | Address(es) On File | 0.0801% |
| JAMES ARNOLD | Address(es) On File | 0.0801% |
| JAMES CANN ESTATE<br>MYRNA JACKSON CANN | Address(es) On File | 0.0801% |
| JAMES GENRICH<br>SARA GENRICH | Address(es) On File | 0.0801% |
| JAMES KLARMAN<br>DEBORAH KLARMAN | Address(es) On File | 0.0801% |
| JAMES SHUMAKER<br>KIM MANFULL | Address(es) On File | 0.0801% |
| JAMES STAGGS | Address(es) On File | 0.0801% |
| JAMES WELLS<br>NANCY WELLS | Address(es) On File | 0.0801% |
| JAN HAL EDMUNDSON<br>SHAROLL EDMUNDSON | Address(es) On File | 0.0801% |
| JANA GREGORY | Address(es) On File | 0.0801% |

**List of Equity Security Holders**
**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| JARED NIEMAN | Address(es) On File | 0.0801% |
| JASON GOLD<br>CARI GOLD | Address(es) On File | 0.0801% |
| JASON TROY TIGNER<br>KATIE MARIE TIGNER | Address(es) On File | 0.0801% |
| JEANEAN WILLEMS | Address(es) On File | 0.0801% |
| JEFF WOODWARD | Address(es) On File | 0.0801% |
| JEFFREY COLLINS | Address(es) On File | 0.0801% |
| JEFFREY FARLOW<br>DEBORAH ZABOROWSKI | Address(es) On File | 0.0801% |
| JEFFREY HICKS<br>SUSAN HICKS | Address(es) On File | 0.0801% |
| JEFFREY KIRBY<br>JENNIFER KIRBY | Address(es) On File | 0.0801% |
| JEFFREY STORM<br>LINDA STORM | Address(es) On File | 0.0801% |
| JERRY BEMRICH | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| JEWEL BUTLER | Address(es) On File | 0.0801% |
| JOEL HUET<br>JEANETTE HUET, ESTATE | Address(es) On File | 0.0801% |
| JOHN JAMES JOHNSON<br>GENEVA JOHNSON | Address(es) On File | 0.0801% |
| JOHN KLEVEN ESTATE<br>HELEN KLEVEN | Address(es) On File | 0.0801% |
| JOHN MANKA                MICHAEL SCHAFFER<br>TAMARA SCHAFFER<br>LINDA MANKA | Address(es) On File | 0.0801% |
| JOHN PACHECO<br>REBECCA PACHECO | Address(es) On File | 0.0801% |
| JOHN SABO | Address(es) On File | 0.0801% |
| JOHN SCHMELZ<br>LAUREN SCHMELZ | Address(es) On File | 0.0801% |
| JOSHUA JENSEN | Address(es) On File | 0.0801% |
| JUDI BARTELS<br>LORI ANN DUNSMORE<br>MARI JO ROBERTSON | Address(es) On File | 0.0801% |
| KAREN POTTER<br>LINDA LEE<br>SUSAN SLAUGHTER | Address(es) On File | 0.0801% |

**List of Equity Security Holders**
**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| KARL FREYER | Address(es) On File | 0.0801% |
| KATHERINE WHEELER | Address(es) On File | 0.0801% |
| KATHRYN PANARES ALAN PANARES | Address(es) On File | 0.0801% |
| KENNETH JACKSON BARBARA JACKSON | Address(es) On File | 0.0801% |
| KENNETH WARFORD | Address(es) On File | 0.0801% |
| KEVIN MONROE JENNIFER MONROE | Address(es) On File | 0.0801% |
| KIMBERLY HARRISON | Address(es) On File | 0.0801% |
| KIMBERLY LINTNER MARY VANDEHEY DAN VANDEHEY | Address(es) On File | 0.0801% |
| KRISTIN FITZPATRICK JAMES FITZPATRICK | Address(es) On File | 0.0801% |
| LARRY BOND CAROLYN BOND | Address(es) On File | 0.0801% |
| LARRY GRIFFIN BETTY GRIFFIN TRUSTEE | Address(es) On File | 0.0801% |

**List of Equity Security Holders**
**Schedule A**

| INTERVAL OWNER(S) | | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|---|
| LARRY JOE LILLY | | Address(es) On File | 0.0801% |
| LEO SCHLUMPBERGER DONNA SCHLUMPBERGER | | Address(es) On File | 0.0801% |
| LINDA CLARK JAMES ROY CINDY CLARK | MAX EDWARD CHERYL CLARK | Address(es) On File | 0.0801% |
| LINDA SAMPSON | | Address(es) On File | 0.0801% |
| LINDA SAMPSON | | Address(es) On File | 0.0801% |
| LINDA SAMPSON | | Address(es) On File | 0.0801% |
| LINDA SAMPSON | | Address(es) On File | 0.0801% |
| LINDA SAMPSON | | Address(es) On File | 0.0801% |
| LISA IWON MARGARET LAURENCE | | Address(es) On File | 0.0801% |
| LORETTA STEVENS | | Address(es) On File | 0.0801% |
| LOU WOOD | | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| LOYD NEVE | Address(es) On File | 0.0801% |
| MARILYN MCINTOSH | Address(es) On File | 0.0801% |
| MARK HERRE<br>PAM HERRE | Address(es) On File | 0.0801% |
| MARK LECHLITER<br>JAYNEA LECHLITER | Address(es) On File | 0.0801% |
| MARK TWICHELL<br>SUSAN TWICHELL | Address(es) On File | 0.0801% |
| MARTHA STOPP<br>CARL STOPP, ESTATE | Address(es) On File | 0.0801% |
| MARTIN FRAZIER | Address(es) On File | 0.0801% |
| MARVIN WEIDNER | Address(es) On File | 0.0801% |
| MARY COWDEN<br>RAYMOND COWDEN | Address(es) On File | 0.0801% |
| MARY TULSON | Address(es) On File | 0.0801% |
| MATTHEW GODOWN<br>KENDRA GODOWN | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| MATTHEW STEWART<br>JACQUELINE STEWART | Address(es) On File | 0.0801% |
| MATTHEW ZIMMERMAN<br>CAROL ZIMMERMAN | Address(es) On File | 0.0801% |
| MAUREEN O'CONNOR | Address(es) On File | 0.0801% |
| MELVIN AUSTIN<br>CLARYCE ELAINE AUSTIN | Address(es) On File | 0.0801% |
| MELVIN GERARD BRUCKS | Address(es) On File | 0.0801% |
| MERL HARTER<br>LINDA HARTER | Address(es) On File | 0.0801% |
| MICHAEL KUCERA<br>KAREN KUCERA | Address(es) On File | 0.0801% |
| MICHAEL MCCARTHY<br>ROBIN MCCARTHY | Address(es) On File | 0.0801% |
| MICHAEL MUELLER | Address(es) On File | 0.0801% |
| MICHAEL PAGE | Address(es) On File | 0.0801% |
| MICHAEL QUINN<br>JEANNE QUINN | Address(es) On File | 0.0801% |

List of Equity Security Holders

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| MICHAEL SIZEMORE<br>KRISTIN SIZEMORE | Address(es) On File | 0.0801% |
| MICHAEL STINNETT<br>PATRICIA STINNETT | Address(es) On File | 0.0801% |
| MONTY BIGGERSTAFF | Address(es) On File | 0.0801% |
| NATASHA DUNNE | Address(es) On File | 0.0801% |
| NIGEL RODGER<br>MARION RODGER | Address(es) On File | 0.0801% |
| O WAYNE MAYS<br>BARBARA MAYS | Address(es) On File | 0.0801% |
| PAMELA JEAN BROTT<br>ALAN LOUIS BROTT | Address(es) On File | 0.0801% |
| PAUL BUEHRLE<br>SUZETTE BUEHRLE | Address(es) On File | 0.0801% |
| PAUL GROSVENOR<br>PATRICIA GROSVENOR | Address(es) On File | 0.0801% |
| PAUL LOTHMAN | Address(es) On File | 0.0801% |
| PAUL PEDERSON<br>JULIA PEDERSON | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| PETE MERGENSCHROER ECHRISTINE MERGENSCHROER | Address(es) On File | 0.0801% |
| PHILIP DENNIS JENNIFER DENNIS | Address(es) On File | 0.0801% |
| PHILLIP ALAN TROYER . PHILLIP TROYER INC | Address(es) On File | 0.0801% |
| PHILLIP ROGER TILLERY FRANCES TILLERY | Address(es) On File | 0.0801% |
| RAUL PENA LISA FERGUSON PENA | Address(es) On File | 0.0801% |
| RAYMIR BUER TRUSTEE | Address(es) On File | 0.0801% |
| REID FORRESTER | Address(es) On File | 0.0801% |
| RENEE ALONSO | Address(es) On File | 0.0801% |
| RICHARD NELSON CAROLYN NAN NELSON | Address(es) On File | 0.0801% |
| RICHARD NOVICKI | Address(es) On File | 0.0801% |
| RICHARD SIGLER TRUSTEE CAROLYN SIGLER TRUSTEE | Address(es) On File | 0.0801% |

**List of Equity Security Holders**
**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| RICHARD SIMONSON<br>KRIS SIMONSON | Address(es) On File | 0.0801% |
| RICK LAURITSEN<br>FAYE LAURITSEN ESTATE | Address(es) On File | 0.0801% |
| RITA CONLEY<br>KENNETH CONLEY | Address(es) On File | 0.0801% |
| ROBERT ARTHUR LEEKER<br>AUDREY LEEKER | Address(es) On File | 0.0801% |
| ROBERT DONKERSLOOT<br>BARBARA DONKERSLOOT | Address(es) On File | 0.0801% |
| ROBERT FULLER | Address(es) On File | 0.0801% |
| ROBERT MILLER<br>SUSAN MILLER ESTATE<br>TIMOTHY MILLER | Address(es) On File | 0.0801% |
| ROBERT PARRISH ESTATE | Address(es) On File | 0.0801% |
| ROBERT RICE | Address(es) On File | 0.0801% |
| ROBERT ROSCOE | Address(es) On File | 0.0801% |
| ROBERT SCHUSTER<br>BONITA RAE SCHUSTER | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| ROGER FLIGG | Address(es) On File | 0.0801% |
| RON FISCHER<br>JILL FISCHER | Address(es) On File | 0.0801% |
| RONALD WELLNA<br>KAREN WELLNA | Address(es) On File | 0.0801% |
| ROSEMARY SALAK | Address(es) On File | 0.0801% |
| ROXANNE DENTON | Address(es) On File | 0.0801% |
| RUSS MCNAIR<br>DENISE MCNAIR | Address(es) On File | 0.0801% |
| RUTH HOLLIS | Address(es) On File | 0.0801% |
| RUTH HOLLIS<br>THOMAS KNEBEL | Address(es) On File | 0.0801% |
| RYAN HARVEY<br>JILL HARVEY | Address(es) On File | 0.0801% |
| RYAN LEE LECOQ<br>ALLISON LECOQ | Address(es) On File | 0.0801% |
| RYAN RYDELL<br>REBECCA MARIE RYDELL | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| SAMUEL MCKASKLE PEGGY MCKASKLE | Address(es) On File | 0.0801% |
| SCOTT HOWARD BOEHMER SHEILA ANN BOEHMER | Address(es) On File | 0.0801% |
| SCOTT RASMUSSEN KIM RASMUSSESN | Address(es) On File | 0.0801% |
| SCOTT VINCENT LORI VINCENT | Address(es) On File | 0.0801% |
| SELDEN EMERSON SMITH ALICE SMITH | Address(es) On File | 0.0801% |
| SHARON SPENCE LANGLEY | Address(es) On File | 0.0801% |
| SHERRY STOKES | Address(es) On File | 0.0801% |
| STANLEY HIGGASON BARBARA HIGGASON | Address(es) On File | 0.0801% |
| STEPHEN AUSTIN LINDA AUSTIN | Address(es) On File | 0.0801% |
| STEPHEN CLARY LINDA CLARY | Address(es) On File | 0.0801% |
| STEPHEN DEL PRETE | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|---|
| STEVE ENGLISH<br>DEANNA ENGLISH | | Address(es) On File | 0.0801% |
| STEVEN ANDREASEN<br>LEANNE ANDREASEN | | Address(es) On File | 0.0801% |
| STEVEN HAMMEN | | Address(es) On File | 0.0801% |
| STEVEN KIRKBRIDE | | Address(es) On File | 0.0801% |
| STEVEN MUELLER TRUSTEE<br>ALETA MUELLER TRUSTEE | | Address(es) On File | 0.0801% |
| STEVEN RAY MC LOUD | | Address(es) On File | 0.0801% |
| SUE PATZSCHKE | | Address(es) On File | 0.0801% |
| T EUGENE CRAVENS<br>GARY CRAVENS<br>LARRY ANDERSON | HELEN CRAVENS<br>SANDY CRAVENS<br>CAROL ANDERSON | Address(es) On File | 0.0801% |
| TARA HOLT<br>MERRIL HOLT | | Address(es) On File | 0.0801% |
| TERRI RODRIGUEZ TRUSTEE<br>THOMAS SHANAHAN POA | | Address(es) On File | 0.0801% |
| TERRY DOWD | | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| TERRY JAN COOK<br>ADELINE COOK | Address(es) On File | 0.0801% |
| THOMAS FIELDER<br>KELLEY FIELDER | Address(es) On File | 0.0801% |
| THOMAS LINDSAY<br>JADE LINDSAY | Address(es) On File | 0.0801% |
| THOMAS LITTLE<br>LINDA LITTLE | Address(es) On File | 0.0801% |
| THOMAS RHOADS<br>DEBORAH RHOADS | Address(es) On File | 0.0801% |
| THOMAS ROSENBROOK<br>REBECCA ROSENBROOK | Address(es) On File | 0.0801% |
| THOMAS SHEEDY<br>COLLEEN SHEEDY | Address(es) On File | 0.0801% |
| THOMAS ZABADAL<br>KAREN ZABADAL | Address(es) On File | 0.0801% |
| TILLMAN H SHORT<br>MYRTLE SHORT<br>JAMES WILLIAM FOUST | Address(es) On File | 0.0801% |
| TIMOTHY BUTIKOFER<br>KATHY BUTIKOFER | Address(es) On File | 0.0801% |
| TIMOTHY LIPPERT<br>DIXIE LIPPERT | Address(es) On File | 0.0801% |

**List of Equity Security Holders**

**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| TIMOTHY POULTER KATHLEEN POULTER | Address(es) On File | 0.0801% |
| TOMMY WALKER JANET WALKER | Address(es) On File | 0.0801% |
| URBAN BRAAM JUDITH BRAAM | Address(es) On File | 0.0801% |
| VICTORIA MCCULLOUGH MATT | Address(es) On File | 0.0801% |
| VIRGINIA HURLBUT JAMES HURLBUT | Address(es) On File | 0.0801% |
| W SCOTT DARLING CATHERINE DARLING | Address(es) On File | 0.0801% |
| WALLACE CASKEY | Address(es) On File | 0.0801% |
| WILLIAM BOUSE | Address(es) On File | 0.0801% |
| WILLIAM ENDERLAND | Address(es) On File | 0.0801% |
| WILLIAM JOSEPH KIEFFER III CONNIE KIEFFER | Address(es) On File | 0.0801% |
| WILLIAM LEVEILLE BARBARA LEVEILLE | Address(es) On File | 0.0801% |

**List of Equity Security Holders**
**Schedule A**

| INTERVAL OWNER(S) | INTERVAL OWNER(S) ADDRESS(ES) | APPROX % OF INTERVAL OWNERSHIP |
|---|---|---|
| WILLIAM SHANNON<br>LAURA SHANNON | Address(es) On File | 0.0801% |
| WILLIAM VINSON | Address(es) On File | 0.0801% |
| WILLIE KNIGHTEN<br>BOBBIE KNIGHTEN | Address(es) On File | 0.0801% |

**United States Bankruptcy Court**
**Eastern District of Arkansas**

In re   Cliffside Lodge II Council of Co-Owners, Inc.                                    Case No.   26-

                                                     Debtor(s)                          Chapter   11

**VERIFICATION OF CREDITOR MATRIX**

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge

Date:   February 11, 2026                              Signature:      /s/ Joey Alkire

                                                                       Joey Alkire
                                                                       President

Ameriprise Financial Svcs LLC Comerica
611 Anton Blvd, Ste 200
Costa Mesa, CA 92626-7002

Arkansas Dept of Finance Administration
Office of Excise Tax Administration
1816 W 7th St
Little Rock, AR 72201

Arkansas Secretary of State
1401 W Capitol Ave
Little Rock, AR 72201

Arkansas Telephone Company
P.O. Box 69
Clinton, AR 72031

Cintas
P.O. Box 88005
Chicago, IL 72088-3919

Comerica Bank, NA
2321 Rosecrans Ave, Ste 5000
El Segundo, CA 90245-4537

Community Club 184
337 Snead Dr
Fairfield Bay, AR 72088

Community Club 300
337 Snead Dr
Fairfield Bay, AR 72088

Community Water
299 Lakeshore Dr
Greers Ferry, AR 72067

Community Water System
299 Lakeshore Dr
Greers Ferry, AR 72067-9437

Daron Doubleday
dba Daron Doubleday Builders
840 Lace Ln
Shirley, AR 72153

Department of Treasury
Internal Revenue Svc Ctr
Ogden, UT 84201-0012

Eagle Pest Control, Inc
1775 Porter St
P.O. Box 3943
Batesville, AR 72503

Eagle Pest Management
P.O. Box 3943
1775 Porter St
Batesville, AR 72503

Eagle Pest Management Services of Arkansas, LLC
Attn Waymon Long
P.O. Box 3943
1775 Porter St
Batesville, AR 72503

Fairfield Bay Fitness, Inc
Attn Thomas R Lang, President
dba The Hart Center
P.O. Box 1080
134 Hillview Dr
Fairfield Bay, AR 72088

Falcon Claims Services
225 Liberty St, 36th Fl
New York, NY 10281

Graham Plumbing
Attn Daniel Graham
P.O. Box 498
Heber Springs, AR 72543

HDI Global Specialty SE
HDI Platz 1
Hanover, 30659
Germany

Internal Revenue Service
Attn Centralized Insolvency Operation
2970 Market St
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

K L Gates LLP
Attn Brandy A Sargent
1 SW Columbia St, Ste 1900
Portland, OR 97204

K L Gates LLP
Attn Daniel M Eliades, Peter J D Auria
1 Newark Ctr, 10th Fl
Newark, NJ 07102

K L Gates LLP
Attn Jonathan N Edel
300 S Tryon St, Ste 1000
Charlotte, NC 28202

Mack s Lawn Care, Inc
Attn Maclin Litaker, President
P.O. Box 135
Shirley, AR 72153

Macks Lawn Care
221 Haverhill Rd
Fairfield Bay, AR 72088

MasterCorp
3505 N Main St
P.O. Box 4027
Crossville, TN 38557

Office of the US Attorney
for the Eastern Dist of Arkansas
Attn Jonathan D Ross
425 W Capitol Ave, Ste 500
Little Rock, AR 72201

Office of The US Trustee
200 W Capitol, Ste 1200
Little Rock, AR 72201

Petit Jean Electric
P.O. Box 31
270 Quality Dr
Clinton, AR 72031-0037

Petit Jean Electric
P.O. Box 37
Clinton, AR 72031

Roger Goodwin
dba G D Warehouse Storage
135 Hillview Dr, Apt 24
Fairfield Bay, AR 72088

Skarzynski Marick Black LLP
1 Battery Park Plz, 32nd Fl
New York, NY 10004

State of Arkansas
Corporation Income Tax
P.O. Box 919
Little Rock, AR 72203-0919

Stephens Insurance Co
111 Center St, Ste 100
Little Rock, AR 72201

Stephens Insurance, LLC
111 Center St, Ste 100
Little Rock, AR 72201-4451

Sutterfield Ready Mix LLC
15381 Hwy AR-16 E
Fairfield Bay, AR 72088

T A Oil Co Inc
540 Dave Creek Pkwy
Fairfield Bay, AR 72088

Terminix Commercial
P.O. Box 29605
Phoenix, AZ 85038

Vacation Resort Management, Inc
Fka Wyndham Vacation Management, Inc
501 W Church St
Orlando, FL 32805

Vacation Resort Management, Inc
fka Wyndham Vacation Management, Inc
501 W Church St
Orlando, FL 32805

Van Buren County Collector
P.O. Box 359
Clinton, AR 72301

Wright Lindsey Jennings
Attn Charles T Coleman
200 W Capitol Ave, Ste 2300
Little Rock, AR 72201-3699

Wyndham Vacation Resorts, Inc
501 W Church St
Orlando, FL 32805

| In re | Cliffside Lodge II Council of Co-Owners, Inc. | | Case No. | 26- |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Cliffside Lodge II Council of Co-Owners, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

PTVO Owners Association, Inc.
10750 W Charleston Blvd, Ste 150
Las Vegas, NV 89135

Wyndham Vacation Resorts, Inc.
10750 W Charleston Blvd, Ste 150
Las Vegas, NV 8913

☐ None [*Check if applicable*]

| 2/11/2026 | /s/ Charles T. Coleman |
|---|---|
| Date | Charles T. Coleman |
| | Signature of Attorney or Litigant |
| | Counsel for    Cliffside Lodge II Council of Co-Owners, Inc. |
| | Wright Lindsey Jennings |
| | 200 W Capitol Ave, Ste 2300 |
| | Little Rock, AR 72201-3699 |
| | Fax: (501) 376-9442 |
| | ccoleman@wlj.com |

## CERTIFICATION OF CORPORATE RESOLUTIONS
## AUTHORIZING FILING OF BANKRUPTCY PETITION

I, Joey Alkire, as President of the Board of Directors of the Cliffside Lodge II Council of Co-Owners, Inc. ("Debtor" or "Association"), hereby certify that at a Special Membership Meeting of the Association held on September 24, 2025, the following resolutions were adopted by the members of the Debtor:

### 1. Chapter 11 Filing for Association

Authorizing and empowering the Board of Directors of the Association, and any officer of the Association (each such persons, an "Authorized Person" and together, the "Authorized Persons"), acting alone or with one or more other Authorized Persons, on behalf of, and in the name of, the Association to execute and verify or certify a petition under chapter 11 of the United States Bankruptcy Code and to cause the same to be filed in an applicable United States Bankruptcy Court (the "Bankruptcy Court") at such time as any such Authorized Person executing the same shall determine and in such form or forms as any such Authorized Person may approve, and in each case in such Authorized Person's sole discretion after consultation with the Association's counsel;

Authorizing and empowering each Authorized Person to appear in such bankruptcy proceeding of the Association (the "Bankruptcy Matter") on behalf of the Association or to direct another representative to appear, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Association with such Bankruptcy Matter and to take all actions (including, without limitation, to negotiate and execute any documents, certificates, supplemental agreements, and instruments) to act as signatory on behalf of the Association in respect of the Bankruptcy Matter and/or any persons to whom such Authorized Persons delegate certain responsibilities, be, and hereby are, authorized to execute and file on behalf of the Association all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief; and

Without limiting any of the foregoing, authorizing and empowering (but not requiring) each Authorized Person on behalf of the Association to file all pleadings, motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain all, any or none of the following relief in the Bankruptcy Matter (i) member consent or Bankruptcy Court order authorizing the sale of the Association's interest in the Property, jointly with the sale of the interests of all members, (ii) Bankruptcy Court approval of marketing, bid and sale procedures for the Property; (iii) Bankruptcy Court authorization to sell the Property free and clear of the interests of all members, with such interests to attach to the proceeds of sale, subject to distribution by Bankruptcy Court order; (iv) Bankruptcy Court authorization to terminate or amend the declaration and timeshare plan effective at or prior to closing of the sale of the Property; (v) Bankruptcy Court authorization to assume and assign to a purchaser or reject and terminate all executory contracts and unexpired leases to which the Association is a party; (vi) Bankruptcy Court order determining the nature, extent and validity of all claims against the Association and the treatment thereof; (vii) Bankruptcy Court authorization to distribute net sale proceeds (after costs of administration and sale) as well as all remaining property of the Association pursuant to the Bankruptcy Code and Bankruptcy Court; (viii) Bankruptcy Court authorization to dissolve the Association following sale of the Property; and (ix) such other relief as the Authorized Persons deem necessary.

## 2. Retention of Professionals

Authorizing and empowering each of the Authorized Persons to employ on behalf of the Association: (i) the law firm of K&L Gates LLP as bankruptcy counsel; (ii) Hilco Real Estate, LLC as real estate broker; and (iii) any other legal counsel, accountants, financial advisors, restructuring advisors, brokers, noticing agents or other professionals the Authorized Persons deem necessary, appropriate or advisable (including "conflicts counsel" to represent the Association in any Bankruptcy Matter where there exists a dispute between the Association and Club Wyndham Access Vacation Ownership Plan, Worldmark by Wyndham, Wyndham Vacation Resorts, Inc. and/or Wyndham Vacation Management, Inc.); each to represent and assist the Association in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code

and any applicable law (including, but not limited to, the law firms filing any pleadings or responses); and in connection therewith, authorizing and empowering the Authorized Persons in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services;

Authorizing and empowering the Authorized Persons to, on behalf of the Association, continue to employ Wyndham Vacation Management, Inc. to provide management and other services to the Association pursuant to the terms of the existing agreements between the Association and Wyndham Vacation Management, Inc., and to assist the Association in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and in the Bankruptcy Matter; and in connection therewith, authorizing and empowering the Authorized Persons in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services; and

Authorizing and empowering Wyndham Vacation Management, Inc. to communicate and exchange information and documents with the Authorized Persons and all any other legal counsel, accountants, financial advisors, restructuring advisors, brokers, noticing agents or other professionals engaged by the Association regarding the Association, the Property, the Bankruptcy Matter and/or to assist the Association in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and in the Bankruptcy Matter.

### 3. 2026 Operations

Authorizing and empowering each Authorized Person, acting alone or with one or more other Authorized Persons, on behalf of, and in the name of, the Association to:

(i) suspend occupancy at the resort by members, guests and others as of December 27, 2025 (or shortly thereafter as deemed necessary or proper by the Authorized Persons) without waiver of the right of the Association to re-commence occupancy upon notice to members;

(ii) suspend collection of 2026 maintenance fees, without waiver of the right of the Association to later seek payment of such fees and without waiver of member obligations regarding same, upon notice to members;

(iii) waive the funding of reserves in the 2026 budget pursuant to applicable provisions of Association governing documents and applicable law;

(iv) refund to members 2026 maintenance fees received by the Association, if any, without waiver of the right of the Association to later seek payment of such fees, upon notice to members, and without waiver of member obligations regarding same;

(v) immediately suspend reservations (including cancelling any existing reservations with occupancy dates after December 27, 2025) at the resort after December 27, 2025, without waiver of the right of the Association to later accept reservations at the resort upon notice to members;

(vi) transfer the balance of the reserve funds of the Association as of 12/31/2025, as needed, to pay operating expenses and costs of the Association as set forth in the attached limited operations budget for 2026 or any approved budget for the Association, pursuant to applicable provisions of the governing documents and applicable law; and/or

(vii) take any and all action that they deem necessary or proper regarding the operation and/or management of the Association.

4**. Further Actions and Prior Actions**

Authorizing and empowering the Association to take each of the actions described in these proposed resolutions or any of the actions authorized in these proposed resolutions;

That in addition to the specific authorizations above, the Authorized Persons, either individually or as otherwise required by the Association governing documents and applicable law, be authorized and empowered to execute, acknowledge, deliver, and file any and all agreements, certificates, instruments, powers of attorney, letters,

forms, transfer, deeds and other documents on behalf of the Association relating to the Bankruptcy Matter;

Authorizing and empowering each of the Authorized Persons (and their designees and delegates), in the name of and on behalf of the Association, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Person's or Authorized Persons' absolute discretion, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of these proposed resolutions;

That all acts, actions, and transactions relating to the matters contemplated by these proposed resolutions done in the name of and on behalf of the Association, which acts would have been approved by these proposed resolutions except that such acts were taken before the adoption of these proposed resolutions, in all respects be approved, confirmed and ratified as the true acts and deeds of the Association with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Association; and

That any Authorized Person be authorized to do all such other acts, deeds and other things as each Association itself may lawfully do, in accordance with its governing documents and applicable law, howsoever.

I further certify under penalty of perjury that the above statements made by me are true.  I am aware that if any of those statements are willfully false, I am subject to punishment.

*[Remainder of Page Left Intentionally Blank]*

1605950020.1

Date:    February 11, 2026

Signature

/s/ Joey Alkire

Joey Alkire
President
Board of Directors of the Cliffside Lodge II
Council of Co-Owners, Inc.